# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. <u>CV 17-4086-JFW(MRWx)</u>　　　Date <u>October 2, 2017</u>

Title: <u>Myron F. Smith -v- Customs and Border Protection</u>

Present: The Honorable <u>John F. Walter</u>

| Shannon Reilly | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐　Case previously closed in error.  Make JS-5.

☐　Case should have been closed on entry dated _____.

☐　Case settled but may be reopened if settlement is not consummated within _____ days.
　　Make JS-6.

☒　Other <u>Refer to docket entry [18]. Motion filing deadline 9/25/17. No Motion filed.  Make JS-6</u>

☐　Entered _____.

Initials of Preparer _____<u>sr</u>_____